

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00198-CV

_____

OLU ASEKUN AND THE LAW OFFICE OF OLU ASEKUN, P.C., Appellants

V.

OLUREMI OYEKOLA, AND ADEMOLE AKANDE, Appellees

On Appeal from the 48th District Court
Tarrant County, Texas
Trial Court No. 048-318629-20

Before Walker, J.; Sudderth, CJ.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellants' "Motion to Withdraw Appeal Filed on 5/26/22 Without Prejudice." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: July 21, 2022